# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TRACY KRONICK and<br>JEN KACZMARSKI, | : | CIVIL ACTION NO. |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| on behalf of themselves and<br>those similarly situated | : | |
| v. | : | |
| bebe stores, inc., | : | |
| Defendant. | : | |

## Civil Cover Sheet Attachment

I.    c) Additional attorneys for Plaintiffs:

**MAGER & GOLDSTEIN LLP**
**Carol A. Mager***
**Marjory P. Albee***
**Andrew L. Mackerer (02900-2005)**
**1818 Market Street, Suite 3710**
**Philadelphia, PA 19103**
**(215) 640-3280**
**(215) 640-3281 (Fax)**
(* Motion for Admission Pro Hac Vice pending)

VI. a) Plaintiffs claims arise under: FLSA, 29 U.S.C. §201, *et seq.,* FLSA § 215(a)(3), N.J.S.A. 34:19-1 et seq., and N.J.A.C. 12:56-1.7, *et al.*

    b) Plaintiffs bring this representative action and class action on behalf of themselves and all similarly situated individuals for Defendant's falsification of time records and failure to pay overtime compensation to its admittedly non-exempt retail store Managers, Co-Managers and Sales Leaders in violation of various provisions of the Fair Labor Standards Act, the New Jersey Wage Payment Statutes and applicable Regulations, and common law.